SEALED



FILED
SEP 03 2009
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
  DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>v.<br><br>NAMED DEFENDANT,<br><br>   Defendants. | NO. 1:09 MJ 00218 DLB<br><br>ORDER SEALING COMPLAINT AND MEMORANDUM AND DECLARATION IN SUPPORT THEREOF |

   The United States having applied to this Court, for a complaint in the above-captioned proceedings,,

   IT IS SO ORDERED, that the complaint shall be filed with this Court under <u>seal</u> and not be disclosed pending further order of this court.

DATED: September 2, 2009

_____
Honorable Sandra M. Snyder
U.S. Magistrate Judge

1