1
2
3
4
5
6
7

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | 1:008-MJ-218 DLB |
|---|---|---|
| Plaintiff, | ) ) | ORDER UNSEALING COMPLAINT |
| v. | ) ) | |
| FRANK BERTAO, | ) ) | |
| Defendants. | ) ) ) | |

The United States having applied to this Court, for a complaint in the above-captioned proceedings to be unsealed for use against the defendant who have been arrested,

IT IS SO ORDERED, that the complaint previously filed with this Court under <u>seal</u> shall be unsealed.

DATED:  September 8, 2009         /s/ Gary S. Austin
                                                    Honorable Gary S. Austin
                                                    U.S. Magistrate Judge

1